SCWC-13-0000028

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LEIGH K. MATSUYOSHI and L.K. MATSUYOSHI, INC.,
Petitioners/Respondents-Appellants-Appellants,

vs.

BUSINESS REGISTRATION DIVISION, SECURITIES ENFORCEMENT BRANCH,
OFFICE OF ADMINISTRATIVE HEARINGS, DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS, STATE OF HAWAIʻI,
Respondent/Petitioner-Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000028; CIVIL NO. 12-1-0604)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, acting C.J., McKenna, Pollack, and Wilson, JJ. and
Circuit Judge Perkins, in place of Recktenwald, C.J., recused)

Petitioners/Respondents-Appellants-Appellants Leigh K.

Matsuyoshi and L.K. Matsuyoshi, Inc.'s, Application for Writ of

Certiorari filed on May 28, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 10, 2014.

Gary Victor Dubin
Richard T. Forrester
for Petitioners

Ian Robertson
for Respondent

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Richard K. Perkins

